E-FILED
Wednesday, 26 August, 2020  11:19:34 AM
Clerk, U.S. District Court, ILCD

The United States District Court
for the Central District of Illinois

CASE No.
03-20004-2

FILED
AUG 25 2020
CLERK OF THE COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Ross Thacker
(Petitioner)

VS.

United States of America
Respondent

Come Now Ross Thacker, Petitioner, As pro se litigant, hereby respectfully moves for seeking and/or requesting counsel in light of pertinent claims in the First Step Act Section 403, 3582 (c)(1)(A).

In cases of United States -VS- Brown WL 4094758, 4:05-cr-00227-1, United States -VS- Beck 1:13-cr-186-6, WL 2716509, United States -VS- Cantu 1:05-cr-459-1, 2018 WL 3498923, United States -VS- Fox WL 2:14-cr-03 ABH WL 3046086, United States -VS- Urkevich 8:03 cr 37, Reducing the defendant's term of incarceration under 18 U.S.C. 3582(c)(1)(A).

I Ross Thacker ask to appoint counsel on these same issues in light of the First Step Act, Thank you in advance.

Respectfully,

Ross Thacker

Ross Thacker

Ross Thacker #14044-026
Federal Correctional Institution
Gilmer
P.O. Box 6000
Glenville, WV 26351

CHARLESTON WV 250
20 AUG 2020 PM 1 L

United States District Court
Central District of Illinois
201 S. Vine St Rm #218

Urbana, IL 61802

61802-332199