Dear Honorable Judge Michael M. Mihm,

I would like to apologize for the impact of my wrongdoings to the victims of my crimes, and society as a whole.

This letter is an attempt to give you a clear insight into the life of Ross Thacker. If at all possible I would like to have a video conference with you, so we can have a more formal introduction.

The odds of success have never been in my favor;

My mother who would often speak words of wisdom to me passed away when I was 7yrs old, and prior to her passing we often suffered physical, verbal, and sexual abuse from my mother's husband Vernon. Vernon would put guns in our mouths and make me watch while molesting my older sister Keona and my younger sister Jessica his own blood daughter. After the passing of my mother me and my siblings were split up, while bouncing from house to house and state to state it became evident that I was nothing more than a check worth $500 a month. Due to the absence of compassion, love, nurturing I became poisoned with drama, chaos, complications, confusion a lost soul without purpose of existence or direction.

Due to prior circumstances, I've made poor choices and decisions. Which resulted in a sentence of 400 months, a sentence that was twice the amount of time that I exisIsted on this earth.

WHEREAS, If I were sentenced today for these exact same crimes I would have 5 to 7 yrs is my case and point.

Your honor, I have been placed into a Predator Prey enviroment amongst some of the worlds most notorious criminals. As you already know I did not have anyone to tell me stop, no, and don't. Of course on my journey of incarceration I have had a few disciplinary encounters.
Yet I have accomplished a mass amount of educational programs ranging from physical, Spiritual, and most importantly mental therapy that I have duly needed since a kid.

During my nearly two decades of Incarceration it was through my extensive Programming I've learned the core values of life and grasp the Importance of moral values and standards, family, education.
I've come to the conclusion that I no longer want to be entangled in the cycle of Recividism or anybody's Institution.
In Part please grant me the opportunity to be release to my wife and loving family. Thank You for your time and consideration.

Sincerely,
Ross Thacker
Ross Thacker

Ross Thacker #14044-026
Federal Correctional Institution
Gilmer
P.O. Box 6000
Glenville, WV 26351

CHARLESTON WV 250
17 DEC 2020 PM 3 L



Honorable Judge Michael M. MIhm
201 S. Vine St suite #226
Urbana, IL 61801

61802-334851